# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

FILED

Aug 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

RYAN VINHNAVONG CHANTHA,
KELLY MEAN, and
JOHN DILLON SEMBRANO,

DEFENDANT(S).

---

# INDICTMENT

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 9th day of

August, 2022.

Clerk

Magistrate Judge Sallie Kim

Bail, $ No!Bail, Warrants for Chantha and Mean
No Process for Sembrano

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Aug 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN VINHNAVONG CHANTHA,<br>KELLY MEAN, and<br>JOHN DILLON SEMBRANO,<br><br>　　　　Defendants. | CASE NO. 3:22-cr-00296 SI<br><br>VIOLATIONS:<br>18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:　　　(18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

　　　Beginning on or about August 6, 2020, and continuing to on or about November 16, 2021, in the Northern District of California, the defendants,

**RYAN VINHNAVONG CHANTHA,
KELLY MEAN, and
JOHN DILLON SEMBRANO,**

not being licensed dealers of firearms within the meaning of Title 18, United States Code, Chapter 44, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

INDICTMENT

1  COUNT TWO:       (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

2       On or about November 16, 2021, in the Northern District of California, the defendant,

3                                            KELLY MEAN,

4  knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

5  one year, knowingly possessed firearms, namely,

6  one Glock brand, model 26, 9 mm caliber pistol, bearing serial number BR2H278,

7  one Glock brand, model 43, 9 mm caliber pistol, bearing serial number BKGG466,

8  one Kahr Arms brand, model CW9, 9 mm caliber pistol, bearing serial number G006973,

9  and the firearms were in and affecting interstate and foreign commerce, all in violation of Title 18,

10 United States Code, Section 922(g)(1).

11 COUNT THREE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

12      On or about November 16, 2021, in the Northern District of California, the defendant,

13                                    JOHN DILLON SEMBRANO,

14 knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

15 one year, knowingly possessed firearms, namely,

16 one Glock brand, model 23, .40 S&W caliber pistol, bearing serial number AFTR674,

17 one Glock brand, model 27, .40 S&W caliber pistol, bearing serial number BSBV580,

18 one Glock brand, model 32, .357 SIG caliber pistol, bearing serial number CEA810US,

19 one Glock brand, model 40, 10 mm caliber pistol, bearing serial number BGKX247,

20 one Glock brand, model 41, .45 ACP caliber pistol, bearing serial number XLV306,

21 one Glock brand, model 43, 9 mm caliber pistol, bearing serial number BNEP343,

22 one Kimber brand, model Super Carry Custom, .45 ACP caliber pistol, bearing serial number K411291,

23 one Sig Sauer brand, model 1911, .45 ACP caliber pistol, bearing serial number 54A04225,

24 one Sig Sauer brand, model P229, .357 SIG caliber pistol, bearing serial number 558006378,

25 one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number NRA038675,

26 one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number 66A478701,

27 one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number 66B628156,

28 one Smith & Wesson, model M&P, .380 ACP caliber pistol, bearing serial number NFV5297,

INDICTMENT                                           2

1. one Springfield Armory brand, model XD10, 10 mm caliber pistol, bearing serial number HM509167,
2. one Springfield Armory brand, model XD45, .45 ACP caliber pistol, bearing serial number XS520450,
3. one Springfield Armory brand, model XD45, .45 ACP caliber pistol, bearing serial number MG670521,
4. one Taurus International Manufacturing brand, model Taurus 1911, .45 ACP caliber pistol, bearing serial number NKW23686,

and the firearms were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in this Indictment, the defendants,

KELLY MEAN,
RYAN CHANTHA, and
JOHN D SEMBRANO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including, but not limited to, the following property seized on November 16, 2021 in the Northern District of California:

1. one Glock brand, model 23, .40 S&W caliber pistol, bearing serial number AFTR674;
2. one Glock brand, model 26, 9 mm caliber pistol, bearing serial number AEST109;
3. one Glock brand, model 26, 9 mm caliber pistol, bearing serial number BR2H278;
4. one Glock brand, model 27, .40 S&W caliber pistol, bearing serial number BSBV580;
5. one Glock brand, model 32, .357 SIG caliber pistol, bearing serial number CEA810US;
6. one Glock brand, model 40, 10 mm caliber pistol, bearing serial number BGKX247;
7. one Glock brand, model 41, .45 ACP caliber pistol, bearing serial number XLV306;
8. one Glock brand, model 43, 9 mm caliber pistol, bearing serial number BNEP343;
9. one Glock brand, model 43, 9 mm caliber pistol, bearing serial number BKGG466;
10. one Kahr Arms brand, model CW9, 9 mm caliber pistol, bearing serial number G006973;

INDICTMENT                                     3

11. one Kimber brand, model Super Carry Custom, .45 ACP caliber pistol, bearing serial number K411291,

12. one Sig Sauer brand, model 1911, .45 ACP caliber pistol, bearing serial number 54A04225;

13. one Sig Sauer brand, model P229, .357 SIG caliber pistol, bearing serial number 558006378;

14. one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number NRA038675;

15. one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number 66A478701;

16. one Sig Sauer brand, model P365, 9 mm caliber pistol, bearing serial number 66B628156;

17. one Smith & Wesson, model M&P, .380 ACP caliber pistol, bearing serial number NFV5297;

18. one Springfield Armory brand, model XD10, 10 mm caliber pistol, bearing serial number HM509167;

19. one Springfield Armory brand, model XD45, .45 ACP caliber pistol, bearing serial number MG670521;

20. one Springfield Armory brand, model XD45, .45 ACP caliber pistol, bearing serial number XS520450; and

21. Taurus International Manufacturing brand, model Taurus 1911, .45 ACP caliber pistol, bearing serial number NKW23686.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

INDICTMENT                                4

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 9, 2022                           A TRUE BILL.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　FOREPERSON

STEPHANIE M. HINDS
United States Attorney

 /s/ Daniel N. Kassabian
DANIEL N. KASSABIAN
Assistant United States Attorney

INDICTMENT                                       5