1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DANIEL N. KASSABIAN (CABN 215249)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone:    (415) 436-7034
7       Fax:          (415) 436-7234
        daniel.kassabian@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NO.  CR 22-00296-CRB
                                       )
14         Plaintiff,                  )
                                       )  STIPULATION TO MODIFY RELEASE
15     v.                              )  CONDITIONS AND [~~PROPOSED~~] ORDER
                                       )
16  KELLY MEAN,                        )
                                       )
17         Defendant.                  )
                                       )
18                                     )

19

20         At the initial appearance of defendant KELLY MEAN, the Court released the defendant pursuant

21  to an Order Setting Conditions Of Northern District Of California Release And Appearance Bond (the

22  "Release Order") [ECF 13].  Since then, Pretrial Services, in consultation with the defendant and

23  defense counsel, has allowed the defendant to reside at 1353 Stevenson Street, Unit B, San Francisco ,

24  CA  94103 due to the residence stated on the Release Order not being appropriate; Pretrial Services has

25  required the defendant to not leave 1353 Stevenson Street (i.e., be placed on lockdown there) until

26  further order of the Court.

27         Therefore, with no objection from of U.S. Pretrial Services, it is hereby stipulated by and

28  between counsel for the United States and counsel for defendant KELLY MEAN, that the Release Order

STIP. TO MODIFY RELEASE ORDER & ORDER         1
NO. CR 22-00296-CRB

be modified so that the defendant's residence is 1353 Stevenson Street, Unit B, San Francisco, CA 94103 and that Release Order's condition that the defendant may leave that residence as permitted in the Release Order and must observe curfew restrictions as stated in the Release Order as applied to that residence.

IT IS SO STIPULATED.

DATED: September 9, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/
DANIEL N. KASSABIAN
Assistant United States Attorney

LAW OFFICES OF BRIAN P. BERSON

 /s/
BRIAN P. BERSON
Attorneys for Defendant
KELLY MEAN

### [PROPOSED] ORDER

Pursuant to the above stipulation, and given no objection by U.S. Pretrial Services,

IT IS HEREBY ORDERED THAT the Order Setting Conditions Of Northern District Of California Release And Appearance Bond (the "Release Order") [ECF 13] as to defendant KELLY MEAN is modified to reflect that the defendant's residential address is 1353 Stevenson Street, Unit B, San Francisco, CA  94103.

IT IS FURTHER ORDERED THAT the defendant is permitted to leave that residence and must observe curfew restrictions as stated in the Release Order as applied to that residence.

IT IS SO ORDERED.

DATED: September 9, 2022

HON. JOSEPH C. SPERO
United States Chief Magistrate Judge