FILED
Sep 26 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# BOND MODIFICATION COVER SHEET

**TO:** The Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** MEAN, Kelly

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:22CR00296-2

**Date:** September 22, 2022

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder — (408) 535-5230

U.S. Pretrial Services Officer — TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding  District Court Judge _____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [x] Modification(s)

   **The following condition is removed:**

   1. *The defendant must submit to drug and/or alcohol testing as directed by Pretrial Services*

   **The following condition is added:**

   1. *The defendant must participate in mental health treatment as directed by Pretrial Services.*

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions: _____

_____  September 26, 2022  
**JUDICIAL OFFICER**                **DATE**  
Hon. Thomas S. Hixson  
U.S. Magistrate Judge