**~~PROPOSED~~ ORDER/COVER SHEET**

```
FILED
Oct 12 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

**TO:**  Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:**  Kelly Mean

**FROM:**  Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:**  0971 3:22CR00296

**Date:**  10/12/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do  
U.S. Pretrial Services Officer

(408) 535-5224  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

  A.  The defendant's curfew will be modified to 10:00 p.m. to 7:00 a.m. and the defendant may spend overnight at his son's residence for childcare purposes only with prior approval of Pretrial Services.

  B.  _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*/s/ T.M. Hixson*  
**JUDICIAL OFFICER**  
Hon. Thomas S. Hixson  
U.S. Magistrate Judge

October 12, 2022  
**DATE**