# UNITED STATES DISTRICT COURT

for the

## Northern District of California

FILED

Oct 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

U.S.A. Vs. Kelly Mean            Docket No. CR-22-00296-CRB-2

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Kelly Mean |
| Name of Judicial Officer: | Joseph C. Spero, Chief U.S. Magistrate Judge |
| Date of Release: | 9/9/2022 |
| Charged Offense: | Dealing Firearms Without a License; Felon in Possession of a Firearm; and Forfeiture Allegation |
| Release Conditions: | Unsecured bond; $25,000 |
| Special Conditions: | 1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services;<br>2. Defendant must surrender all passports and other travel documents to Pretrial Services, and must not apply for other passports or travel documents;<br>3. Defendant must not possess any firearm, destructive device, or other dangerous weapon;<br>4. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription;<br>5. Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services;<br>6. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services<br>7. Defendant must have no contact, directly or indirectly, with any co-defendant outside the presence of counsel;<br>8. Defendant must not change residence or telephone number without approval of Pretrial Services; |

**PETITION FOR ARREST WARRANT**
**RE: KELLY MEAN**                                   Docket No. CR-22-00296-CRB-2

> 9. Defendant must not travel outside Northern District of California and to and from Vallejo for work;
> 10. Defendant must observe a curfew and remain at his residence every day from 8:00 p.m. to 7:00 am, except as directed by Pretrial Services;
> 11. Defendant must submit to location monitoring by RF with all court-ordered restrictions; and
> 12. Defendant must submit to a search of his person, residence, automobile, and personal property, except for electronic devices by Federal Agent or California Peace Officer at any time without probable cause or reasonable suspicion.

On October 11, 2022, MEAN appeared before the Honorable Thomas S. Hixson, U.S. Magistrate Judge, for a Bail Review Hearing, and his curfew was modified to 10:00 p.m. to 7:00 a.m. and the defendant may have overnight stays at his son's residence to assist with childcare purposes with prior approval from Pretrial Services.

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

    I, Kim Do, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**PETITION FOR ARREST WARRANT**
**RE:  KELLY MEAN**                                                                 Docket No. CR-22-00296-CRB-2

**VIOLATION(S):**  The defendant was arrested on October 22, 2022, for domestic violence and attempted murder.

On October 22, 2022, Pretrial Services received an alert that the defendant left his residence at 10:20 p.m. without approval from Pretrial Services.  Officer Pepper Friesen and I made numerous attempts to reach MEAN via his cell phone without success.  At approximately 11:10 p.m. I spoke to the defendant's sister, Bonny Mean, who advised that she heard the defendant was arrested within the last hour, but she did not have any other information to provide.

On October 23, 2022, Officer Norys with the San Francisco Police Department contacted me and advised that the defendant in custody.  He noted that MEAN was arrested yesterday evening for domestic violence and attempted murder.  Officer Norys noted that MEAN was involved in what appeared to be a domestic dispute with his live-in girlfriend during which he verbally threatened to murder her then placed her in a rear naked chokehold and choked her.  Officer Norys noted that the alleged victim texted her sister who contacted the police and the defendant was subsequently arrested.

Based on the above noted information, there is probable cause to believe that Kelly Mean violated the conditions of his pretrial supervision release.  Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted,

_____
Kim Do, Specialist
U.S. Pretrial Services Officer
Place:  **San Jose, California**
Date Signed:  10/23/2022

Approved by:

*Anthony Granados*
_____
Anthony Granados
U.S. Pretrial Services Officer, Supervisor

---

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**PETITION FOR ARREST WARRANT**
**RE: KELLY MEAN**                                    Docket No. CR-22-00296-CRB-2

**THE COURT ORDERS:**

[X]  The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

[ ]  Other:

October 23, 2022                                    _T.M. Hix_ (signature)
_____            _____
           **Date**                                       **Honorable Thomas S. Hixson**
                                                          **U.S. Magistrate Judge**