**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Kelly Mean |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 0971 3:22CR00296 |
| **Date:** | 11/1/22 | | |

<div style="border:1px solid">
FILED<br>
Nov 01 2022<br>
Mark B. Busby<br>
CLERK, U.S. DISTRICT COURT<br>
NORTHERN DISTRICT OF CALIFORNIA<br>
SAN FRANCISCO
</div>

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                                  (408) 535-5224
U.S. Pretrial Services Officer                                  **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A.    Defendant shall submit to location monitoring and abide by curfew of 10PM-6AM. Pretrial Services may modify the curfew for employment purposes only.

    B.    Defendant's condition allowing overnight travel for childcare purposes is removed.

    C.    Defendant ~~may~~ **shall** relocate and reside at 1252 Exposition Drive in San Francisco, California

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____

_T.M. Hix_ (signature)                                                      November 1, 2022
**JUDICIAL OFFICER**                                                        **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge